DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHEDRICK RUSSELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-2288

————————————————

February 16, 2024

Appeal from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Howard L. Dimmig, II, Public Defender, and Joanna Beth Conner, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, KELLY, and, BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.